**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID L. WRIGHT and JOANN L. WRIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> CHESAPEAKE APPALACHIA, LLC and STAT OIL USA ONSHORE PROPERTIES, INC., <br><br> Defendants. | CIVIL ACTION NO. 3:CV-15-1879 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 7th day of October, 2015, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge