# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID L. WRIGHT and JOANN L. WRIGHT, | NO. 3:15-CV-1879 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| CHESAPEAKE APPALACHIA, LLC, | |
| Defendant. | |

## ORDER

**NOW**, this **14th** day of August, 2018, **IT IS HEREBY ORDERED** that:

(1) The Agreed Motion to Dismiss with Prejudice (Doc. 70) is **GRANTED**.

(2) Plaintiffs' claims and causes of action against Defendant are **DISMISSED with prejudice**.

(3) All costs of court, expenses and attorney's fees shall be borne by the party incurring same.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge